# UNITED STATES DISTRICT COURT
for the

| EASTERN | DISTRICT OF | CALIFORNIA |

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:08CR00229 |
| | ) |
| Joshua D. Harlos | ) |
| *Defendant* | ) |

## ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:** The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

| September 23, 2010 | /s/ Gregory G. Hollows |
|---|---|
| Date | *Judge's Signature* |

Gregory G. Hollows United States Magistrate Judge
*Printed Name and Title*

CC: Assistant United States Attorney